**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 6 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.     19-50150 |
| Plaintiff-Appellee, | D.C. No. 8:18-cr-00033-JLS-1 |
| v. | |
| JESUS ANGEL LOPEZ, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
Josephine L. Staton, District Judge, Presiding

Submitted March 3, 2020[**]

Before:     MURGUIA, CHRISTEN, and BADE, Circuit Judges.

Jesus Angel Lopez appeals from the district court's judgment and challenges

his guilty-plea convictions and aggregate 152-month sentence for possession with

intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i);

possession of a firearm in furtherance of a drug trafficking crime, in violation of 18

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 924(c)(1)(A)(i); and being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lopez the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**